[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12499
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 29, 2012
JOHN LEY
CLERK

D.C. Docket No. 9:98-cr-08047-DTKH-3


UNITED STATES OF AMERICA,

Plaintiff – Appellee,

versus

MILLARD CHAVERS,

Defendant – Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 29, 2012)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

David Joffe, appointed counsel for Millard Chavers in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 593 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Chavers's revised total sentence is **AFFIRMED**.